# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Perez Sales,<br><br>    Petitioner<br><br>    v.<br><br>Thomas E. Feeley, et al.,<br><br>    Respondents | Case No.: 2:25-cv-01819-JAD-BNW<br><br>**Order Screening and Serving<br>Habeas Petition**<br><br>[ECF No. 1] |

Petitioner Fernando Perez Sales, who is represented by counsel, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention at the Nevada Southern Detention Center.[1] Having conducted a preliminary review of the petition, I direct that it be served on the respondents, and I set a schedule for the respondents' appearance and response.

IT IS THEREFORE ORDERED that that the Clerk of Court is directed to **SERVE** copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order upon the respondents as follows:

- By electronically serving a copy of the petition (ECF No. 1) and this Order, through CM/ECF, on the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov. This does not indicate acceptance of service.

- By sending a copy of the petition (ECF No. 1) and this Order by mail to: **(1)** Thomas E. Feeley, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; **(2)** John Mattos, Warden, Nevada Southern Detention

---

[1] ECF No. 1.

Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; **(3)** Kristi Noem, Secretary of the Department of Homeland Security, 3801 Nebraska Ave. NW, Washington, DC 20528; and **(4)** Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

IT IS FURTHER ORDERED that the respondents must appear in this action by **October 6, 2025**, and must file and serve a response to the Petition for Writ of Habeas Corpus (ECF No. 1) by **October 22, 2025**, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

_____

U.S. District Judge Jennifer A. Dorsey
October 2, 2025