1
2
3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FERNANDO PEREZ SALES, | Case No. 2:25-cv-01819-JAD-BNW |
| Petitioner, | |
| v. | |
| THOMAS FEELEY, *et al.*, | |
| Respondents. | |
| GILDARDO ROGELIO ESCOBAR SALGADO, *et al.*, | Case No. 2:25-cv-01872-JAD-EJY |
| Petitioners, | |
| v. | **ORDER TRANSFERRING CASES** |
| JOHN MATTOS, *et al.*, | |
| Respondents. | |

These Petitions for Writ of Habeas Corpus are related to two putative habeas class actions pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions

involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-01819-JAD-BNW and Case No. 2:25-cv-01872-JAD-EJY to the judge to whom the earliest-filed action is assigned for all further proceedings.

      For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:25-cv-01819-JAD-BNW and Case No. 2:25-cv-01872-JAD-EJY to Judge Richard F. Boulware, II.

      **DATED:** October 2, 2025.

_____      _____

**RICHARD F. BOULWARE, II**          **JENNIFER A. DORSEY**
**UNITED STATES DISTRICT JUDGE**    **UNITED STATES DISTRICT JUDGE**